No. 12–5107. RODRIGUEZ VELAZQUEZ v. WEINMAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–5319. HISTON v. CHAPPELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5435. MILOVANOVIC ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5656. ROMERO v. APKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5699. MCKELVEY v. RIVERA, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5768. YOUREE v. TAMEZ, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–6067. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6306. CHAVARRIA v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6382. PEAK v. WEBB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6641. YACAMAN MEZA v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6754. COBB v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7019. EDWARDS v. SCUTT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7034. COX v. BISCOE ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7036. KOON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.